UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————x

MICHAEL EVAN KEELING,
a/k/a VINCENT OWENS,

        Petitioner,

    -against-                         04 Civ. 2206 (CM)

ROBERT SHANNON, Superintendent,
Frackville Pennsylvania Correctional Facility,

        Respondent.

—————————————————————————x

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___6\|8\|10 |

MEMORANDUM ORDER ACCEPTING THE REPORT OF THE HONORABLE
GEORGE A. YANTHIS, ADOPTING THE REPORT AS THE OPINION OF THE
COURT (WITH ONE AMENDMENT), AND DISMISSING THE PETITION

McMahon, J.:

        The Court has reviewed the Report and Recommendation of The Hon. George A. Yanthis, U.S.M.J., dated March 2, 2007, in which the learned Magistrate Judge recommends that the instant petition for a writ of habeas corpus be dismissed. I have also reviewed the objections filed by petitioner on May 27, 2010. Nothing in those objections causes me to question the conclusions reached by Judge Yanthis.

        The only amendment I would make to his thorough and thoughtful report is to add a sentence just before the last sentence in the first full paragraph on page 14. The added sentence should read: "Furthermore, because the People have shown that more than 37 days of speedy trial time were properly excluded from the 120 day calculus, due to the pendency of pre-trial motions (which, while pending, toll the speedy trial clock, see New York v. Hill, 528 U.S. 110, 112 (2000)), there was no IAD violation."

        With that addition, the court adopts the Report as its opinion and dismisses the petition with prejudice.

        As Petitioner has made no substantial showing of the denial of a constitutional right, there is no question of substance for appellate review. Therefore, no certificate of appealability shall issue. 28 U.S.C. § 2253; see *United States v. Perez*, 129 F. 3d 255, 259-60 (2d Cir. 1997); *Lozada v. United States*, 107 F. 3d 1011 (2d Cir. 1997); *Rodriguez v. Scully*, 905 F. 2d 24 (2d Cir. 1990).

Copies mailed/faxed/handed to counsel on 6/8/10

I certify, pursuant to 28 U.S.C. § 1915(a), that an appeal from this order would not be taken in good faith. *Coppedge v. United States*, 369 U.S. 438 (1962).

The Clerk of the Court is directed to close this case.

Dated: June 8, 2010

_____
U.S.D.J.

BY FIRST CLASS MAIL TO:

Michael Keeling, petitioner pro se
Cv0908
1000 Follies Road
Dallas, PA 18612

John J. Sergi, Esq.
Assistant District Attorney
Westchester County District Attorney's Office
111 Dr. Martin Luther King Blvd.
White Plains, NY 10552

BY FAX TO

The Hon. George A. Yanthis