DISTRICT OF NEW YORK

MICHAEL E. KEELING,
Petitioner,

-Against-

Supt. Brittian
Respondents,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2022

Civil Action
No. 04-CV-2296

MEMO ENDORSED

RECEIVED
MAY 31 2022
PRO SE OFFICE

RECEIVED
MAY 31 2022
U.S.D.C.
W.P.

## Petition For Recusal Of Magistrate And District Court Judge's And Reconsideration Of Previous Order's Pursuant To 28 U.S.C. Section 455(a)(b)(1)...

And Now Comes, Michael E. Keeling, pro-se, in the above caption matter hereby respectfully seeks a Recusal Of His Magistrate And District Court Judge's Pursuant To Rule 28 U.S.C. Sec. 455 (a)(b)(1) and or Reconsideration Of Their Previous Order's...

(T)he following claims support a prima facie showing of all the relevant facts that harbors doubt's about the Judge's own 'impartiality stemming directly after the erroneous creation of non-produced physical evidence at Petitioner's State Trial and the total ignoring of this ' mistake ' during a certified objection to the Magistrate's Report And Recommendation " and the improper raising of the State/Federal Bar for granting a Petitions for Nunc Pro Tunc Status of a timely filed Notice Of Appeal herein, etc etc...

While, it also appears the Jurist have given little if any consideration to the extremely heavy burden for satisfying the Antiterrorism And Effective Death Penalty Act (A.E.D.P.A) for being granted a Second or Successive Habeas Corpus, 28 U.S.C. 2244(b) in the case at Bar with a clear prima facie showing false/creation of manufactured evidence not produced a petitioner's State Trial, that without such a mistake petitioner would have established a prosecutionial Brady violation of one whom properly raised a actual innocent claim in the State/Federal Jurisdiction herein....

(1)

*Copies mailed/faxed/handed to counsel on 6/6/2022*

6/6/2022
This habeas corpus case is closed and the court will take no action with respect to this meritless application.