IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF NEW YORK

Mr. MICHAEL E, KEELING,

    Petitioner,

Vs,                        :        Civil Action

Supt, KATHLEEN BRITTIAN    :        Docket, # 04-cv-2206 (CM)

    Respondent,

### APPLICATION FOR A NUNC PRO TUNC APPEAL

**And Now Comes,** Michael E. Keeling, pro-se in the above caption matter hereby respectfully seeking a " Nunc Pro Tunc Appeal " to the Second Circuit Court Of Appeals from a Order dated, November 2, 2022 (Doc # 82) placing a unlawful injunction against Petitioner directing the district court clerk of Court " to accept no further filings with this docket number "..

**Wherefore,** Petitioner hereby server notice on this Court to enter this filing herein..

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/20

MEMO ENDORSED

Dated, June 8, 2023

Sincerely yours
by Michael Keeling

Clerk of Court is hereby directed to reject this filing. case is closed.

Colleen McMahon
6/13/2023

RECEIVED JUN 1 2 2023 PRO SE OFFICE



RECEIVED JUN 1 2 2023 U.S.D.C. W.P.

IN THE UNITED STATES DISTRICT COURT OF THE SOUHTERN

DISTRICT OF NEW YORK

Mr, MICHAEL E, KEELING,                  :

    Petitioner,                          :        Civil Action

    Vs                                   :        Docket # 04-CV-2206 (CM)

Supt, KATHLEEN BRITTIAN               :

    Respondents,                         :

<u>Certificate Of Service</u>

**And Now Comes,** Michael E, Keeling pro-se in the above caption matter this day June 8, 2023 hereby certify I caused to be served a true and correct copy of the foregoing " Application For A Nunc Pro Tunc Appeal " on the Court and respondent's by placing such in the prison mail box to the address below:

Too, District Attorney Of Westchester County

   111 Dr, Martin Luther King Jr Blvd

   White Plains New York 10601..

Dated, June 16, 2023                         Sincerely Yours..

                                                         By, *Michael Keeling*

                                                           6-8-23



RECEIVED JUN 1 2 2023 U.S.D.C. W.P.



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
February 24, 2021

Honorable Judges and AOPC Members:

This letter serves as notification of changes to the Department of Corrections mail policy that may have an effect on your operations. State Correctional Institutions continue to receive mail purportedly to be Legal Mail from courts, but in actuality, the mail is an attempt to introduce drugs into the institutions. Recently, an institution received mail disguised to be from a Court of Common Pleas, but each of the thirty pages of mail within the envelope tested positive for a synthetic drug. Two officers who handled the mail became ill and were taken by ambulance to a hospital. Fortunately, the officers were soon released and do not appear to have suffered any long-term consequences from being exposed to the drug. Therefore, the Pennsylvania Department of Corrections will be requiring that the courts, like the attorneys, utilize Control Numbers when sending mail to incarcerated people.

Effective March 1, 2021, all mail received at any State Correctional Institution that is to be treated as privileged must contain a Control Number. While Attorneys have been required to utilize Control Numbers for well over a year, Courts have been permitted to send in mail to be handled as privileged without Control Numbers as we moved toward mandatory Control Numbers for all privileged mail. Many Court offices throughout the Commonwealth and beyond have already obtained and are utilizing Control Numbers to help in keeping our facilities safe. Moving forward, any mail received at an institution that does not contain a Control Number will be returned to sender.

A Control Number can be obtained by a Court or qualifying entity quickly and easily by following the instructions found at https://privilegedmails.cor.pa.gov/#/. As always, mail to an inmate can be sent by anyone, without a Control Number, utilizing the Smart Communications by utilizing the following address:

*Smart Communications/PA DOC*
*Inmate Name/Inmate Number*
*Institution*
*PO Box 33028*
*St Petersburg, Florida 33733*

Any questions or issues can be quickly and easily addressed by utilizing the RA-CRMAILPROCEDURES@pa.gov account. Thank you for doing your part in keeping our institutions safe for both staff and inmates.

Sincerely,

John E. Wetzel
Secretary of Corrections

RECEIVED
JUN 12 2023
U.S.D.C.
W.P.

OFFICE OF THE SECRETARY
1920 Technology Parkway | Mechanicsburg, PA 17050 | 717.728.4109| Fax 717.728.4178| www.cor.pa.gov

MR. Michael Keeling CU09 08
1111 Altamont Blvd
Frackville, PA 17931

LEGAL MAIL

RECEIVED JUN 12 2023 U.S.D.C. W.P.

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED JUN 12 2023 PRO SE OFFICE

quadient
FIRST-CLASS MAIL
IMI
$000.60
06/09/2023 ZIP 17932
043M31230995
US POSTAGE